**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE and JANE DOE,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-2937** |
| | : | |
| **ROBERT F. KENNEDY, JR.,** *in his official* | : | |
| *capacity as Secretary of the U.S. Department* | : | |
| *of Health and Human Services,* | : | |
| *Defendant.* | : | |

<u>**ORDER**</u>

**AND NOW**, this **5th** day of **May 2026**, upon consideration of Plaintiffs' Complaint (ECF No. 1), Plaintiffs' Motion to Proceed Under Pseudonyms (ECF No. 2), Plaintiffs' Motion for Immediate and Preliminary Injunctive Relief (ECF No. 5), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Proceed Under Pseudonyms (ECF No. 2) is **GRANTED**.

2. Plaintiffs are **DIRECTED** to **SERVE** Defendant Robert F. Kennedy, Jr. by **EMAIL** to Tanya Xu (Tanya.Xu@hhs.gov), Laura Odwazny, Alexandra Slessarev, and Lucy Mac Gabhann, with copies of their Complaint (ECF No. 1), their Motion to Proceed Under Pseudonyms (ECF No. 2), their Motion for Immediate and Preliminary Injunctive Relief (ECF No. 5), and this Order, on or before <u>**May 5, 2026 at 5:00 p.m.**</u>  Plaintiffs shall file proof of service on or before <u>**May 6, 2026 at 12:00 p.m. (noon)**</u>.

3. Defendant shall file a response to Plaintiffs' Motion for Immediate and Preliminary Injunctive Relief (ECF No. 5) on or before <u>**May 12, 2026 at 12:00 p.m. (noon)**</u>.

4. Plaintiffs shall file a reply in support of their Motion for Immediate and Preliminary Injunctive Relief (ECF No. 5) on or before <u>**May 14, 2026 at 12:00 p.m. (noon)**</u>.

5. The Court will promptly review and decide on next steps depending upon the weight it gives to the relative strength of the legal positions as argued in the parties' submissions.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**