## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE,<br>  *Plaintiffs,* | : | |
| | : | |
| | : | |
| v. | : | CIVIL NO. 26-2937 |
| | : | |
| ROBERT F. KENNEDY, JR., *in his official* | : | |
| *capacity as Secretary of the U.S. Department* | : | |
| *of Health and Human Services,* | : | |
|   *Defendant.* | : | |

## ORDER

**AND NOW**, this **20th** day of **May 2026**, upon consideration of Plaintiffs' Motion for Immediate and Preliminary Injunctive Relief (the "Plaintiffs' Motion") (ECF No. 5), Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 16), Plaintiffs' Reply in Support of Motion for Immediate and Preliminary Injunctive Relief (ECF No. 17), and the docket, it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 5) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**
